# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

PATRICIA CONTRERAS        §
                                  §        CIVIL ACTION NO.: 5:21-cv-68

VS.                         §

                                  §        JURY DEMANDED

SAM'S EAST, INC.           §

## INDEX OF DOCUMENTS FILED
## WITH REMOVAL ACTION

A.     Plaintiff's First Amended Petition.
B.     CT Corporation Service of Process Transmittal and Citation with Plaintiff's Original Petition.
C.     CT Corporation Service of Process Transmittal and Citation with Plaintiff's First Amended Petition.
D.     Defendant's Original Answer to Plaintiff's First Amended Petition.
E.     Defendant's Demand for Jury Trial.
F.     District Clerk's Register of Actions.
G.     List of Counsel of Record.
H.     Plaintiff's Original Petition.
I.     Plaintiff's Jury Demand.
J.     Letter from Cade Bernsen requesting service.
K.     Citation, Return of Service, and Affidavit of Service as to Sam's Club, LLC
L.     Return of Service to Sam's Club, LLC

# Exhibit A

Filed
5/25/2021 3:50 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000694D2

## CAUSE NO. 2021CVA000694D2

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S EAST, INC. | § | 111TH JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patricia Contreras ("Plaintiff"), and files her First Amended Petition complaining of Sam's East, Inc. and would respectfully show the Court as follows:

## DISCOVERY

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.

## JURISDICTION

This Court has jurisdiction over the parties to this suit and has subject matter jurisdiction over the controversies between the parties. Plaintiff makes a claim for damages for a monetary amount in controversy within the jurisdiction of this Court. Plaintiff seeks monetary relief over $250,000 but under $1,000,000. *See* TEX. R. CIV. PRO. 47(c)(3).

## PARTIES

Plaintiff, Patricia Contreras, is an individual residing in Laredo County, Texas.

Defendant, Sam's East, Inc., is a corporation doing business in Texas. Sam's East, Inc. may be served with process by serving its registered agent in Texas, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## VENUE

Venue is proper in Webb County because Webb County is the county in which all or a substantial part of the events or omissions giving rise to these claims occurred.  *See* TEX. CIV. PRAC. & REM. CODE § 15.002.

## FACTS

On or around June 22, 2019, Plaintiff, Patricia Contreras ("Ms. Contreras") was passing by in between checkout stations at Sam's Club located at 4810 San Bernando Avenue, Laredo, Texas 78041 when she slipped in a substance on the floor, fell to the ground, and sustained serious injuries.  Ms. Contreras was 20 years-old at the time of the incident and was at home in Laredo visiting her family on summer break from classes at Texas A&M University, where she was a student.

On the date of the incident, Ms. Contreras was passing by in between checkout stations, and there was an employee in front of Ms. Contreras.  Ms. Contreras moved out of the way to let the employee pass by, and when she did so, Ms. Contreras slipped and fell on a syrup-type substance that was on the floor in the checkout area.  Ms. Contreras landed on her left knee.

Ms. Contreras sustained serious injuries as a result of the slip and fall that required substantial treatment including knee surgery.  The fall and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff or an innocent third party; nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of the Defendant, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by Plaintiff.

2

## PREMISES LIABILITY – INVITEE

Sam's East, Inc. is owner and occupier of the premises located at 4810 San Bernardo Avenue Laredo, Texas 78041 at the time of the slip and fall.  Thus, Defendant owed Plaintiff a duty of care to keep the premises safe and free from dangerous conditions.

Plaintiff, Patricia Contreras, entered the premises as a business patron for the mutual benefit of her and Defendant.  Thus, Defendant owed Ms. Contreras a legal duty as an invitee.

A condition on the Defendant's premises posed an unreasonable risk of harm.  The condition was a slippery substance on the floor.  There was no warning sign in the vicinity of the slippery substance on the floor.  Further, the substance was on the floor in the checkout area where patrons and employees frequent, and where employees knew, or in the exercise of reasonable care should have known, of this dangerous condition.

Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Ms. Contreras.  This duty includes the duty to inspect, the duty to warn, or the duty to cure the dangerous condition.  Defendant breached this duty of ordinary care by failing to cure or eliminate the dangerous condition and/or adequately warn of the dangerous condition.  Defendant's breach of this duty proximately caused injury to Plaintiff, which resulted in severe personal injury.

## NEGLIGENCE

Defendants owed a duty to exercise ordinary care in training and supervising its employees to perform their job duties related to safety and dangerous conditions existing on the premises. Defendants breached this duty. Defendants failed to exercise ordinary care in the inspection and/or cleaning and maintenance of the area near the checkout station where Ms. Contreras slipped. Defendant's breach of its duties placed the public at risk and proximately caused Plaintiff's injuries and damages.

### *RESPONDEAT SUPERIOR*

Defendants are liable for the conduct of their agents and employees based on *respondeat superior*.

### DAMAGES

As a result of the injuries sustained by Plaintiff, Plaintiff hereby sues for the following items of damage:

    a.  Physical pain and suffering in the past;

    b.  Physical pain and suffering that the Plaintiff will experience in the future;

    c.  Mental anguish suffered in the past;

    d.  Mental anguish the Plaintiff will experience in the future;

    e.  Medical expenses incurred in the past;

    f.  Medical expenses the Plaintiff will incur in the future;

    g.  Physical impairment suffered in the past;

    h.  Physical impairment the Plaintiff will suffer in the future;

    i.  Plaintiff suffered lost wages in the past;

    j.  Loss of quality of life.

By reason of the facts hereinabove alleged, Plaintiff has been made to suffer and sustain at the hands of the Defendant damages within the jurisdictional requirements of this Court and in such amount as the evidence may show proper at the time of trial.

### PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff seeks prejudgment and postjudgment interest as allowed by law.

### COURT COSTS

Plaintiff sues to recover court costs as allowed by law.

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial and has tendered the appropriate fee.

## RULE 193.7 NOTICE

Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Patricia Contreras, prays that Defendant, Sam's East, Inc., be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendant for actual damages, economic damages, prejudgment and postjudgment interest, and costs. Plaintiff further prays for such other and further relief, to which she is entitled both in law and equity.

Respectfully submitted,

THE BERNSEN LAW FIRM

*/s/ Cade Bernsen*
David Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051062
jmatuska@bernsenlaw.com
420 MLK Jr. Parkway
Beaumont, Texas 77701
(409) 212-9994
(409) 212-9411 facsimile

ATTORNEYS FOR PLAINTIFF

# Exhibit B

 **CT Corporation**

**Service of Process Transmittal**
06/07/2021
CT Log Number 539690978

TO: Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Texas**

FOR: Sam's East, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Contreras Patricia, Pltf. vs. Sam's Club, LLC, Dft. // To: Sam's East Inc<br>*Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Return(s), Petition |
| **COURT/AGENCY:** | 111th Judicial District Court, Webb County, TX<br>Case # 2021CVA000694D2 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/22/2019 at Sam's Club located at 4810 San Bernando Avenue, Laredo, TX, 78401 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/07/2021 at 15:33 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Cade Bernsen<br>The Bernsen Law Firm<br>420 MLK Jr. Parkway<br>Beaumont, TX 77701<br>409-212-9994 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/08/2021, Expected Purge Date: 06/13/2021<br><br>Image SOP<br><br>Email Notification,  Kim Lundy Service Of Process  ctlawsuits@walmartlegal.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other

 CT Corporation

**Service of Process Transmittal**
06/07/2021
CT Log Number 539690978

**TO:**   Kim Lundy Service Of Process
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Texas**

**FOR:**   Sam's East, Inc.  (Domestic State: AR)

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:**                Mon, Jun 7, 2021

**Server Name:**         Anthony Collins

| Entity Served | SAM'S EAST, INC. |
|---|---|
| Case Number | 2021CVA000694D2 |
| Jurisdiction | TX |



ON TIME PROCESS
1-800-274-6804
6-7-21  Amy

**RETURN**
2021CVA000694D2

CITATION
(PLAINTIFF'S FIRST AMENDED PETITION)

THE STATE OF TEXAS
COUNTY OF WEBB

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN
ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER
WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE
MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU
WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY
BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER
WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES
TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY
MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE 'YOUR ANSWER
WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:  SAM'S EAST INC
     BY SERVING REGISTERED AGENT IN TEXAS CT CORPORATION SYSTEM
     1999 BRYAN ST STE 900
     DALLAS TX  75201

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE
HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court** of Webb
County, Texas, to be held at the said courthouse of said county in the
city of Laredo, Webb County, Texas, by filing a written answer to the
Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday
next after the expiration of 20 days after the date of service
thereof, a copy of which accompanies this citation, in the Cause #:
2021CVA000694D2, styled:

PATRICIA CONTRERAS, PLAINTIFF
VS.
SAM'S EAST INC, DEFENDANT

Said Plaintiff's First Amended Petition was filed on 05/25/2021
in said court by:
     CADE BERNSEN, ATTORNEY FOR PLAINTIFF
     420 MLK JR PARKWAY
     BEAUMONT TX  77701

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS,
Issued and given under my hand and seal of said court at office,
on this the 25th day of May, 2021.
          C L E R K   O F   C O U R T
                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042
          BY: _____  DEPUTY
                    Yesenia Rodriguez

2021CVA000694D2

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2021 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2021, by delivering to the within named **SAM'S EAST INC**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____

SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____

DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____

NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

Filed
4/14/2021 12:46 PM
Esther Degollado
District Clerk
Webb District
Diana Vela
2021CVA000694D2

CAUSE NO. 2021CVA000694D2

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S CLUB, LLC | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patricia Contreras ("Plaintiff"), and files her Original Petition complaining of Sam's Club, LLC and would respectfully show the Court as follows:

### DISCOVERY

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.

### JURISDICTION

This Court has jurisdiction over the parties to this suit and has subject matter jurisdiction over the controversies between the parties. Plaintiff makes a claim for damages for a monetary amount in controversy within the jurisdiction of this Court. Plaintiff seeks monetary relief over $250,000 but under $1,000,000. *See* TEX. R. CIV. PRO. 47(c)(3).

### PARTIES

Plaintiff, Patricia Contreras, is an individual residing in Laredo County, Texas.

Defendant, Sam's Club, LLC, is a limited liability company doing business in Texas. Sam's Club, LLC may be served with process by serving its registered agent in Texas, Arif Deen, located at 12406 Ashford Hollow, Sugar Land, Texas 77476.

1

## VENUE

Venue is proper in Webb County because Webb County is the county in which all or a substantial part of the events or omissions giving rise to these claims occurred. *See* TEX. CIV. PRAC. & REM. CODE § 15.002.

## FACTS

On or around June 22, 2019, Plaintiff, Patricia Contreras ("Ms. Contreras") was passing by in between checkout stations at Sam's Club located at 4810 San Bernando Avenue, Laredo, Texas 78041 when she slipped in a substance on the floor, fell to the ground, and sustained serious injuries. Ms. Contreras was 20 years-old at the time of the incident and was at home in Laredo visiting her family on summer break from classes at Texas A&M University, where she was a student.

On the date of the incident, Ms. Contreras was passing by in between checkout stations, and there was an employee in front of Ms. Contreras. Ms. Contreras moved out of the way to let the employee pass by, and when she did so, Ms. Contreras slipped and fell on a syrup-type substance that was on the floor in the checkout area. Ms. Contreras landed on her left knee.

Ms. Contreras sustained serious injuries as a result of the slip and fall that required substantial treatment including knee surgery. The fall and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff or an innocent third party; nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of the Defendant, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by Plaintiff.

2

## PREMISES LIABILITY – INVITEE

Sam's Club, LLC is owner and occupier of the premises located at 4810 San Bernardo Avenue Laredo, Texas 78041 at the time of the slip and fall. Thus, Defendant owed Plaintiff a duty of care to keep the premises safe and free from dangerous conditions.

Plaintiff, Patricia Contreras, entered the premises as a business patron for the mutual benefit of her and Defendant. Thus, Defendant owed Ms. Contreras a legal duty as an invitee.

A condition on the Defendant's premises posed an unreasonable risk of harm. The condition was a slippery substance on the floor. There was no warning sign in the vicinity of the slippery substance on the floor. Further, the substance was on the floor in the checkout area where patrons and employees frequent, and where employees knew, or in the exercise of reasonable care should have known, of this dangerous condition.

Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Ms. Contreras. This duty includes the duty to inspect, the duty to warn, or the duty to cure the dangerous condition. Defendant breached this duty of ordinary care by failing to cure or eliminate the dangerous condition and/or adequately warn of the dangerous condition. Defendant's breach of this duty proximately caused injury to Plaintiff, which resulted in severe personal injury.

## NEGLIGENCE

Defendants owed a duty to exercise ordinary care in training and supervising its employees to perform their job duties related to safety and dangerous conditions existing on the premises. Defendants breached this duty. Defendants failed to exercise ordinary care in the inspection and/or cleaning and maintenance of the area near the checkout station where Ms. Contreras slipped. Defendant's breach of its duties placed the public at risk and proximately caused Plaintiff's injuries and damages.

3

### *RESPONDEAT SUPERIOR*

Defendants are liable for the conduct of their agents and employees based on *respondeat superior*.

## DAMAGES

As a result of the injuries sustained by Plaintiff, Plaintiff hereby sues for the following items of damage:

a. Physical pain and suffering in the past;

b. Physical pain and suffering that the Plaintiff will experience in the future;

c. Mental anguish suffered in the past;

d. Mental anguish the Plaintiff will experience in the future;

e. Medical expenses incurred in the past;

f. Medical expenses the Plaintiff will incur in the future;

g. Physical impairment suffered in the past;

h. Physical impairment the Plaintiff will suffer in the future;

i. Plaintiff suffered lost wages in the past;

j. Loss of quality of life.

By reason of the facts hereinabove alleged, Plaintiff has been made to suffer and sustain at the hands of the Defendant damages within the jurisdictional requirements of this Court and in such amount as the evidence may show proper at the time of trial.

## PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff seeks prejudgment and postjudgment interest as allowed by law.

## COURT COSTS

Plaintiff sues to recover court costs as allowed by law.

4

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial and has tendered the appropriate fee.

### RULE 193.7 NOTICE

Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Patricia Contreras, prays that Defendant, Sam's Club, Inc., be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendant for actual damages, economic damages, prejudgment and postjudgment interest, and costs. Plaintiff further prays for such other and further relief, to which she is entitled both in law and equity.

Respectfully submitted,

THE BERNSEN LAW FIRM

/s/ *Cade Bernsen*
David Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051062
jmatuska@bernsenlaw.com
420 MLK Jr. Parkway
Beaumont, Texas 77701
(409) 212-9994
(409) 212-9411 facsimile

ATTORNEYS FOR PLAINTIFF

# Exhibit C

 CT Corporation

**Service of Process Transmittal**
06/16/2021
CT Log Number 539742672

TO: Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

RE: **Process Served in Texas**

FOR: Sam's East, Inc.  (Domestic State: AR)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Contreras Patricia, Pltf. vs. Sam's East Inc, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Citation, Return(s), Amended Petition |
| **COURT/AGENCY:** | 111th Judicial District Court, Webb County, TX Case # 2021CVA000694D2 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 06/22/2019 at Sam's Club located at 4810 San Bernando Avenue, Laredo, TX, 78041 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 06/16/2021 at 03:07 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration date of 20 days after service (Document(s) may contain additional answer dates) |
| **ATTORNEY(S) / SENDER(S):** | Cade Bernsen The Bernsen Law Firm 420 MLK Jr. Parkway Beaumont, TX 77701 409-212-9994 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 06/16/2021, Expected Purge Date: 06/21/2021 Image SOP |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System 1999 Bryan Street Suite 900 Dallas, TX 75201 877-564-7529 MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

 **CT Corporation**

**Service of Process Transmittal**
06/16/2021
CT Log Number 539742672

**TO:**   Kim Lundy- Email
Walmart Inc.
702 SW 8TH ST
BENTONVILLE, AR 72716-6209

**RE:**   **Process Served in Texas**

**FOR:**   Sam's East, Inc.  (Domestic State: AR)

**DOCKET HISTORY:**

| DOCUMENT(S) SERVED: | DATE AND HOUR OF SERVICE: | TO: | CT LOG NUMBER: |
|---|---|---|---|
| Citation, Return(s), Petition | By Process Server on 06/07/2021 at 15:33 | Kim Lundy Service Of Process Walmart Inc. | 539690978 |

Page 2 of  2 / JD



# PROCESS SERVER DELIVERY DETAILS

**Date:**  Wed, Jun 16, 2021

**Server Name:**  Anthony Collins

| Entity Served | SAM'S EAST, INC. |
|---|---|
| Case Number | 2021CVA000694D2 |
| Jurisdiction | TX |



**RETURN**
2021CVA000694D2

CITATION
(PLAINTIFF'S FIRST AMENDED PETITION)

THE STATE OF TEXAS
COUNTY OF WEBB

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY.  IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:   SAM'S EAST INC
      BY SERVING REGISTERED AGENT IN TEXAS CT CORPORATION SYSTEM
      1999 BRYAN ST STE 900
      DALLAS TX  75201

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000694D2, styled:

PATRICIA CONTRERAS, PLAINTIFF
VS.
SAM'S EAST INC, DEFENDANT

Said Plaintiff's First Amended Petition was filed on 05/25/2021 in said court by:
      CADE BERNSEN, ATTORNEY FOR PLAINTIFF
      420 MLK JR PARKWAY
      BEAUMONT TX  77701

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 25th day of May, 2021.

C L E R K   O F   C O U R T
                    ESTHER DEGOLLADO
                    WEBB COUNTY DISTRICT CLERK
                    P.O. BOX 667
                    LAREDO, TX 78042
BY: _____      DEPUTY
        Yesenia Rodriguez

2021CVA000694D2

**OFFICER'S RETURN**

Came to hand on the _____ day of _____, 2021 at _____ O'CLOCK _____.M. Executed at _____, within the COUNTY of _____ at _____ O'CLOCK _____.M. on the _____ day of _____, 2021, by delivering to the within named **SAM'S EAST INC**, each, in person, a true copy of this citation together with the accompanying copy of the petition, having first attached such copy of such petition to such copy of citation and endorsed on such copy of citation the date of delivery.

The distance actually travelled by me in serving such process was _____ miles, and my fees are as follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

_____
SHERIFF, CONSTABLE

_____ COUNTY, TEXAS

BY _____
                                    DEPUTY

**THE STATE OF TEXAS }**
**COUNTY OF WEBB     }**

Before me, the undersigned authority, on this day personally appeared _____, who after being duly sworn, upon oath said that a notice, of which the above is a true copy, was by him/her delivered to _____ on the _____ day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of _____, _____, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC
MY COMMISSION EXPIRES

_____

Filed
5/25/2021 3:50 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000694D2

**CAUSE NO. 2021CVA000694D2**

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S EAST, INC. | § | 111ᵀᴴ JUDICIAL DISTRICT |

## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patricia Contreras ("Plaintiff"), and files her First Amended Petition complaining of Sam's East, Inc. and would respectfully show the Court as follows:

### DISCOVERY

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.

### JURISDICTION

This Court has jurisdiction over the parties to this suit and has subject matter jurisdiction over the controversies between the parties. Plaintiff makes a claim for damages for a monetary amount in controversy within the jurisdiction of this Court. Plaintiff seeks monetary relief over $250,000 but under $1,000,000. *See* TEX. R. CIV. PRO. 47(c)(3).

### PARTIES

Plaintiff, Patricia Contreras, is an individual residing in Laredo County, Texas.

Defendant, Sam's East, Inc., is a corporation doing business in Texas. Sam's East, Inc. may be served with process by serving its registered agent in Texas, CT Corporation System, located at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## VENUE

Venue is proper in Webb County because Webb County is the county in which all or a substantial part of the events or omissions giving rise to these claims occurred. *See* TEX. CIV. PRAC. & REM. CODE § 15.002.

## FACTS

On or around June 22, 2019, Plaintiff, Patricia Contreras ("Ms. Contreras"), was passing by in between checkout stations at Sam's Club located at 4810 San Bernardo Avenue, Laredo, Texas 78041 when she slipped in a substance on the floor, fell to the ground, and sustained serious injuries. Ms. Contreras was 20 years-old at the time of the incident and was at home in Laredo visiting her family on summer break from classes at Texas A&M University, where she was a student.

On the date of the incident, Ms. Contreras was passing by in between checkout stations, and there was an employee in front of Ms. Contreras. Ms. Contreras moved out of the way to let the employee pass by, and when she did so, Ms. Contreras slipped and fell on a syrup-type substance that was on the floor in the checkout area. Ms. Contreras landed on her left knee.

Ms. Contreras sustained serious injuries as a result of the slip and fall that required substantial treatment including knee surgery. The fall and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff or an innocent third party; nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of the Defendant, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by Plaintiff.

## PREMISES LIABILITY – INVITEE

Sam's East, Inc. is owner and occupier of the premises located at 4810 San Bernardo Avenue Laredo, Texas 78041 at the time of the slip and fall. Thus, Defendant owed Plaintiff a duty of care to keep the premises safe and free from dangerous conditions.

Plaintiff, Patricia Contreras, entered the premises as a business patron for the mutual benefit of her and Defendant. Thus, Defendant owed Ms. Contreras a legal duty as an invitee.

A condition on the Defendant's premises posed an unreasonable risk of harm. The condition was a slippery substance on the floor. There was no warning sign in the vicinity of the slippery substance on the floor. Further, the substance was on the floor in the checkout area where patrons and employees frequent, and where employees knew, or in the exercise of reasonable care should have known, of this dangerous condition.

Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Ms. Contreras. This duty includes the duty to inspect, the duty to warn, or the duty to cure the dangerous condition. Defendant breached this duty of ordinary care by failing to cure or eliminate the dangerous condition and/or adequately warn of the dangerous condition. Defendant's breach of this duty proximately caused injury to Plaintiff, which resulted in severe personal injury.

## NEGLIGENCE

Defendants owed a duty to exercise ordinary care in training and supervising its employees to perform their job duties related to safety and dangerous conditions existing on the premises. Defendants breached this duty. Defendants failed to exercise ordinary care in the inspection and/or cleaning and maintenance of the area near the checkout station where Ms. Contreras slipped. Defendant's breach of its duties placed the public at risk and proximately caused Plaintiff's injuries and damages.

3

## *RESPONDEAT SUPERIOR*

Defendants are liable for the conduct of their agents and employees based on *respondeat superior*.

## DAMAGES

As a result of the injuries sustained by Plaintiff, Plaintiff hereby sues for the following items of damage:

a.  Physical pain and suffering in the past;

b.  Physical pain and suffering that the Plaintiff will experience in the future;

c.  Mental anguish suffered in the past;

d.  Mental anguish the Plaintiff will experience in the future;

e.  Medical expenses incurred in the past;

f.  Medical expenses the Plaintiff will incur in the future;

g.  Physical impairment suffered in the past;

h.  Physical impairment the Plaintiff will suffer in the future;

i.  Plaintiff suffered lost wages in the past;

j.  Loss of quality of life.

By reason of the facts hereinabove alleged, Plaintiff has been made to suffer and sustain at the hands of the Defendant damages within the jurisdictional requirements of this Court and in such amount as the evidence may show proper at the time of trial.

## PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff seeks prejudgment and postjudgment interest as allowed by law.

## COURT COSTS

Plaintiff sues to recover court costs as allowed by law.

4

## DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial and has tendered the appropriate fee.

## RULE 193.7 NOTICE

Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Patricia Contreras, prays that Defendant, Sam's East, Inc., be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendant for actual damages, economic damages, prejudgment and postjudgment interest, and costs. Plaintiff further prays for such other and further relief, to which she is entitled both in law and equity.

Respectfully submitted,

THE BERNSEN LAW FIRM

*/s/ Cade Bernsen*
David Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051062
jmatuska@bernsenlaw.com
420 MLK Jr. Parkway
Beaumont, Texas 77701
(409) 212-9994
(409) 212-9411 facsimile

ATTORNEYS FOR PLAINTIFF

5

# Exhibit D

Filed
6/18/2021 2:09 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000694D2

NO.: 2021CVA000694D2 :

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S EAST, INC. | § | 111TH JUDICIAL DISTRICT |

## DEFENDANT'S ORIGINAL ANSWER TO
## PLAINTIFF'S FIRST AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, SAM'S EAST, INC., Defendant in the above numbered and entitled cause of action, and files this Original Answer to Plaintiff's First Amended Petition and for support thereof would respectfully show unto the Court as follows:

I.

Defendant asserts denials, under Rule 92 of the Texas Rules of Civil Procedure, to each and every allegation contained in the said First Amended Petition, and demands strict proof thereof.

II.

Pleading further and without waiving the foregoing, Defendant asserts that if Plaintiff suffered injuries as a result of the incident made the basis of this lawsuit, which Defendant expressly denies by the filing of this pleading, that said injuries were caused in whole or in part by Plaintiff's own negligence or responsibility. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

III.

Pleading further and without waiving the foregoing, Defendant asserts that Plaintiff's recovery of medical or health care expenses, if any, is limited to the amount actually paid or

incurred by or on behalf of Plaintiff. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available to it pursuant to §41.0105 of the Texas Civil Practices and Remedies Code.

IV.

Pleading further and without waiving the foregoing, Defendant asserts that the incident in question was proximately caused or solely proximately caused by the negligent and/or wrongful conduct of persons or third parties outside the control of this Defendant. Accordingly, Defendant asserts all rights, privileges and remedies afforded or available to it pursuant to Chapter 33 of the Texas Civil Practices and Remedies Code.

V.

Pleading further and without waiving the foregoing, Defendant specifically reserves the right to amend this Answer, as is its right under the Texas Rules of Civil Procedure.

PREMISES CONSIDERED, SAM'S EAST, INC. prays that Plaintiff take nothing by this lawsuit, and that Defendant be allowed to go hence without day and recover all of their costs and attorneys' fees, and such other and further relief, both special and general, at law or in equity, to which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *James K. Floyd*
James K. Floyd, TBN: 24047628
Email: jfloyd@dawray.com
Sandy L. Gonzalez; TBN: 24121647
Email: sgonzalez@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 18th day of June, 2021.

| | |
|---|---|
| David Bernsen | Email: dbernsen@bernsenlaw.com |
| Cade Bernsen | Email: cbernsen@bernsenlaw.com |
| Jamie Matuska | Email: jmatuska@bernsenlaw.com |
| The Bernsen Law Firm | |
| 420 MLK Jr. Parkway | |
| Beaumont, Texas 77701 | |

**ATTORNEYS FOR PLAINTIFF**

/s/ *James K. Floyd*
James K. Floyd

# Exhibit E

Filed
6/18/2021 2:09 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000694D2

NO.: 2021CVA000694D2

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S EAST, INC. | § | 111TH JUDICIAL DISTRICT |

## DEFENDANT'S DEMAND FOR JURY TRIAL

COMES NOW, Defendant **SAM'S EAST, INC.** and hereby demand a jury trial as is their right under Tex. Const. Art. I, § 15. Such demand for jury trial is hereby made more than 30 days before the date this case is set for trial in accordance with Tex. R. Civ. P. 216. Defendant tenders the jury fee contemporaneously with the filing of this jury demand which they may show themselves justly entitled.

Respectfully submitted,

DAW & RAY, LLP

/s/ *James K. Floyd*

James K. Floyd, TBN: 24047628
Email: jfloyd@dawray.com
Sandy L. Gonzalez; TBN: 24121647
Email: sgonzalez@dawray.com
14100 San Pedro Ave., Suite 302
San Antonio, TX 78232
(210) 224-3121 Telephone
(210) 224-3188 Facsimile
**ATTORNEYS FOR DEFENDANT**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned does hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all known counsel of record by electronic service on this the 18th day of June, 2021.

David Bernsen                     Email: dbernsen@bernsenlaw.com
Cade Bernsen                       Email: cbernsen@bernsenlaw.com
Jamie Matuska                    Email: jmatuska@bernsenlaw.com
The Bernsen Law Firm
420 MLK Jr. Parkway
Beaumont, Texas 77701
        **ATTORNEYS FOR PLAINTIFF**

/s/ *James K. Floyd*
James K. Floyd

# Exhibit F

Skip to Main Content  Logout  My Account  Search Menu  New Civil Search  Refine Search  Back                    Location : All Courts    Help

# REGISTER OF ACTIONS
## CASE NO. 2021CVA000694D2

| PATRICIA CONTRERAS VS. SAM'S CLUB, LLC,SAM'S EAST INC | § § § § § | | Case Type:<br>Subtype:<br>Date Filed:<br>Location: | Injury or Damage - Motor<br>Vehicle (DC)<br>Motor Vehicle Accident (DC)<br>04/14/2021<br>--111th District Court |

---

### PARTY INFORMATION

| | | | **Attorneys** |
|---|---|---|---|
| Defendant | SAM'S CLUB, LLC | | |
| Defendant | SAM'S EAST INC | | |
| Plaintiff | CONTRERAS, PATRICIA | | **CADE BERNSEN**<br>*Retained*<br>409-212-9994(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 04/14/2021 | Civil Case Filed (OCA) |
| 04/14/2021 | **Original Petition**<br>*PLAINTIFF'S ORIGINAL PETITION. (DV)* |
| 04/14/2021 | **Jury Demand**<br>*LETTER FROM ATTORNEY CADE BERNSEN DATED 04/14/21 RE: PAYMENT OF JURY FEE* |
| 04/14/2021 | **Notes-Miscellaneous**<br>*NO JURY DEMAND PAID UPON E-FILING. SHORT $40.00 OF PAYMENT. (DV)* |
| 04/15/2021 | **Calendar Call**<br>*FAXED THE CALENDAR CALL TO ATTORNEY CADE BERNSEN. (DV)* |
| 04/15/2021 | **Citation-Issuance**<br>*TWO CITATIONS ISSUED AS TO SAM'S CLUB AND HELD BY CLERK WAITING FOR A SELF ADDRESSED STAMPED ENVELOPE FROM ATTORNEY CADE BERNSEN. (SPOKE TO MEGAN GARCIA) (DV) 4/23/2021 AS INSTRUCTED BY MEGAN GARCIA AT ATTORNEY CADE BERNSEN'S TELEPHONE CALL AND LETTER, THIS CITATION WAS SENT VIA CERTIFIED MAIL TODAY. RETURN RECEIPT # 7018 3090 0000 8173 8160. (DV)* |
| 04/15/2021 | **Citation**<br>SAM'S CLUB, LLC                    Served                    04/29/2021 |
| 04/22/2021 | **Atty Request - Issuance**<br>*LETTER FROM ATTORNEY CADE BERSEN FROM BERSEN LAW FIRM- REQUESTING ISSUANCE* |
| 04/23/2021 | **Citation-Issuance**<br>*TWO CITATIONS ISSUED AS TO SAM'S CLUB, LLC AND HELD BY CLERK (DV) WAITING FOR SELF ADDRESSED STAMPED ENVELOPE FROM ATTORNEY CADE BERNSEN. (DV) CITATION RELEASED WITH SELF STAMPED ENVELOPE PROVIDED BY BERSEN LAW FIRM. (YR) 5/13/21* |
| 04/23/2021 | **Citation**<br>SAM'S CLUB, LLC                    Served                    05/18/2021 |
| 05/10/2021 | **Return Receipt**<br>*CITATION ISSUED AS TO SAM'S CLUB LLC BY CERTIFIED MAIL RR#7018 3090 0000 8173 8160 EXECUTED. DOS:04/29/2021* |
| 05/12/2021 | **Letter**<br>*LETTER FROM BERNSEN LAW FIRM ATTORNEY CADE BERSEN WITH SELF STAMPED ENVELOPE TO MAIL OUT CITATION.* |
| 05/19/2021 | **Citation Return-Executed**<br>*CITATION ISSUED AS TO SAM'S CLUB, LLC. RETURN EXECUTED. (DOS: 05/18/2021)* |
| 05/25/2021 | **Amended Petition**<br>*PLAINTIFF'S FIRST AMENDED PETITION* |
| 05/25/2021 | **Citation-Issuance**<br>*CITATION ISSUED AS TO SAM'S EAST INC BY SERVING REGISTERED AGENT CT CORPORATION SYSTEM. HELD BY CLERK PENDING SELF STAMPED ENVELOPE TO MAIL CITATIONS. CITATION RELEASED 6/1/21 MAILED TO ATTORNEY ON A SELF STAMPED ENVELOPE PROVIDED.* |
| 05/25/2021 | **Citation**<br>SAM'S EAST INC                    Served                    06/07/2021<br>                                  Returned                  06/10/2021 |
| 06/01/2021 | **Letter**<br>*LETTER FROM ATTORNEY CADE BERNSEN REQUESTING TO MAIL OUT CITATION WITH SELF STAMPED ENVELOPE PROVIDED.* |
| 06/11/2021 | **Returns-Miscellaneous**<br>*CITATION RETURN EXECUTED AS TO SAM'S EAST INC. BY SERVING REGISTERED AGENT IN TEXAS CT CORPORATION SYSTEM DATE OF SERVICE 6/7/21.* |
| 07/01/2021 | **Calendar Call**  (11:00 AM) (Judicial Officer Notzon, Monica Z.) |

# Exhibit G

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | |
| | § | CIVIL ACTION NO.: 5:21-cv-68 |
| VS. | § | |
| | § | JURY DEMANDED |
| SAM'S EAST, INC. | § | |

### <u>LIST OF COUNSEL OF RECORD</u>

1. David Bernsen; TBN: 02217500
   Email: <u>dbernsen@bernsenlaw.com</u>
   Cade Bernsen; TBN: 24073918
   Email: <u>cbernsen@bernsenlaw.com</u>
   Jamie Matuska; TBN: 24051062
   Email: <u>jmatuska@bernsenlaw.com</u>
   The Bernsen Law Firm
   420 mlk Jr. Parkway
   Beaumont, Texas 77701
   (409) 212-9994 Telephone
   (409) 212-9411 Facsimile
   **ATTORNEYS FOR PLAINTIFF,**
   **PATRICIA CONTRERAS**

2. James K. Floyd; TBN:  24047628
   Federal ID: 559561
   Email: <u>jfloyd@dawray.com</u>
   Sandy L. Gonzalez; TBN: 24121647
   Federal ID: 3641654
   Email: <u>sgonzalez@dawray.com</u>
   Daw & Ray, LLP
   14100 San Pedro, Suite 302
   San Antonio, Texas 78232
   (210) 224-3121 Telephone
   (210) 224-3188 Facsimile
   **ATTORNEYS FOR DEFENDANT,**
   **SAM'S EAST, INC.**

# Exhibit H

Filed
4/14/2021 12:46 PM
Esther Degollado
District Clerk
Webb District
Diana Vela
2021CVA000694D2

CAUSE NO. 2021CVA000694D2
_____

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | WEBB COUNTY, TEXAS |
| | § | |
| SAM'S CLUB, LLC | § | _____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Patricia Contreras ("Plaintiff"), and files her Original Petition complaining of Sam's Club, LLC and would respectfully show the Court as follows:

### DISCOVERY

Plaintiff intends to conduct discovery under Level 3 of Texas Rule of Civil Procedure 190.3 and affirmatively pleads that this suit is not governed by the expedited actions process in Texas Rule of Civil Procedure 169 because Plaintiff seeks monetary relief over $250,000.

### JURISDICTION

This Court has jurisdiction over the parties to this suit and has subject matter jurisdiction over the controversies between the parties. Plaintiff makes a claim for damages for a monetary amount in controversy within the jurisdiction of this Court. Plaintiff seeks monetary relief over $250,000 but under $1,000,000. *See* TEX. R. CIV. PRO. 47(c)(3).

### PARTIES

Plaintiff, Patricia Contreras, is an individual residing in Laredo County, Texas.

Defendant, Sam's Club, LLC, is a limited liability company doing business in Texas. Sam's Club, LLC may be served with process by serving its registered agent in Texas, Arif Deen, located at 12406 Ashford Hollow, Sugar Land, Texas 77476.

1

## VENUE

Venue is proper in Webb County because Webb County is the county in which all or a substantial part of the events or omissions giving rise to these claims occurred. *See* TEX. CIV. PRAC. & REM. CODE § 15.002.

## FACTS

On or around June 22, 2019, Plaintiff, Patricia Contreras ("Ms. Contreras") was passing by in between checkout stations at Sam's Club located at 4810 San Bernando Avenue, Laredo, Texas 78041 when she slipped in a substance on the floor, fell to the ground, and sustained serious injuries. Ms. Contreras was 20 years-old at the time of the incident and was at home in Laredo visiting her family on summer break from classes at Texas A&M University, where she was a student.

On the date of the incident, Ms. Contreras was passing by in between checkout stations, and there was an employee in front of Ms. Contreras. Ms. Contreras moved out of the way to let the employee pass by, and when she did so, Ms. Contreras slipped and fell on a syrup-type substance that was on the floor in the checkout area. Ms. Contreras landed on her left knee.

Ms. Contreras sustained serious injuries as a result of the slip and fall that required substantial treatment including knee surgery. The fall and all damages and injuries resulting therefrom were not caused by or contributed to by Plaintiff or an innocent third party; nor did same occur through any fault or negligence on the part of Plaintiff, but were caused solely by the acts, wrongs, and/or omissions of the Defendant, which said acts, wrongs, and/or omissions were the proximate cause of the injuries and damages sustained by Plaintiff.

## PREMISES LIABILITY – INVITEE

Sam's Club, LLC is owner and occupier of the premises located at 4810 San Bernardo Avenue Laredo, Texas 78041 at the time of the slip and fall. Thus, Defendant owed Plaintiff a duty of care to keep the premises safe and free from dangerous conditions.

Plaintiff, Patricia Contreras, entered the premises as a business patron for the mutual benefit of her and Defendant. Thus, Defendant owed Ms. Contreras a legal duty as an invitee.

A condition on the Defendant's premises posed an unreasonable risk of harm. The condition was a slippery substance on the floor. There was no warning sign in the vicinity of the slippery substance on the floor. Further, the substance was on the floor in the checkout area where patrons and employees frequent, and where employees knew, or in the exercise of reasonable care should have known, of this dangerous condition.

Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to Ms. Contreras. This duty includes the duty to inspect, the duty to warn, or the duty to cure the dangerous condition. Defendant breached this duty of ordinary care by failing to cure or eliminate the dangerous condition and/or adequately warn of the dangerous condition. Defendant's breach of this duty proximately caused injury to Plaintiff, which resulted in severe personal injury.

## NEGLIGENCE

Defendants owed a duty to exercise ordinary care in training and supervising its employees to perform their job duties related to safety and dangerous conditions existing on the premises. Defendants breached this duty. Defendants failed to exercise ordinary care in the inspection and/or cleaning and maintenance of the area near the checkout station where Ms. Contreras slipped. Defendant's breach of its duties placed the public at risk and proximately caused Plaintiff's injuries and damages.

*RESPONDEAT SUPERIOR*

Defendants are liable for the conduct of their agents and employees based on *respondeat superior*.

## DAMAGES

As a result of the injuries sustained by Plaintiff, Plaintiff hereby sues for the following items of damage:

a.   Physical pain and suffering in the past;

b.   Physical pain and suffering that the Plaintiff will experience in the future;

c.   Mental anguish suffered in the past;

d.   Mental anguish the Plaintiff will experience in the future;

e.   Medical expenses incurred in the past;

f.   Medical expenses the Plaintiff will incur in the future;

g.   Physical impairment suffered in the past;

h.   Physical impairment the Plaintiff will suffer in the future;

i.   Plaintiff suffered lost wages in the past;

j.   Loss of quality of life.

By reason of the facts hereinabove alleged, Plaintiff has been made to suffer and sustain at the hands of the Defendant damages within the jurisdictional requirements of this Court and in such amount as the evidence may show proper at the time of trial.

## PREJUDGMENT AND POST-JUDGMENT INTEREST

Plaintiff seeks prejudgment and postjudgment interest as allowed by law.

## COURT COSTS

Plaintiff sues to recover court costs as allowed by law.

4

### DEMAND FOR JURY TRIAL

Plaintiff demands a jury trial and has tendered the appropriate fee.

### RULE 193.7 NOTICE

Plaintiff intends to use Defendant's discovery responses as evidence at trial in accordance with such right and privileges established by Texas Rule of Civil Procedure 193.7.

### PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Patricia Contreras, prays that Defendant, Sam's Club, Inc., be cited to appear and answer herein, and that upon final hearing hereof, Plaintiff has judgment against Defendant for actual damages, economic damages, prejudgment and postjudgment interest, and costs. Plaintiff further prays for such other and further relief, to which she is entitled both in law and equity.

Respectfully submitted,

THE BERNSEN LAW FIRM

*/s/ Cade Bernsen*
David Bernsen
State Bar No. 02217500
dbernsen@bernsenlaw.com
Cade Bernsen
State Bar No. 24073918
cbernsen@bernsenlaw.com
Jamie Matuska
State Bar No. 24051062
jmatuska@bernsenlaw.com
420 MLK Jr. Parkway
Beaumont, Texas 77701
(409) 212-9994
(409) 212-9411 facsimile

ATTORNEYS FOR PLAINTIFF

# Exhibit I

Filed
4/14/2021 2:51 PM
Esther Degollado
District Clerk
Webb District
Ana Byham
2021CVA000694D2

# BERNSEN
### L A W   F I R M

420 North MLK, Jr. Pkwy
BEAUMONT, TEXAS  77701

409-212-9994                                                    409-212-9411 (FAX)

April 14, 2021

Webb County District Clerks Office                                    *via efile*
1110 Victoria St., Suite 203
Laredo, TX 78040

RE:   Cause No. 2021CVA000694D2; Patricia Contreras v Sam's Club, LLC; In the 111th
      District Court of Webb County Texas

Dear District Clerk:

      Plaintiff demands a jury trial and has tendered the appropriate fee of $40.00.

                              Respectfully,

                              Cade Bernsen

                              Cade Bernsen

CB/mg

# Exhibit J

Filed
4/22/2021 1:11 PM
Esther Degollado
District Clerk
Webb District
Yesenia Rodriguez
2021CVA000694D2



420 North MLK, Jr. Pkwy
BEAUMONT, TEXAS  77701

409-212-9994                                                                              409-212-9411 (FAX)

April 22, 2021

Webb County District Clerks Office                                        *via efile*
1110 Victoria St., Suite 203
Laredo, TX 78040

RE:   Cause No. 2021CVA000694D2; Patricia Contreras v Sam's Club, LLC; In the 111th
       District Court of Webb County Texas

Dear District Clerk:

       We would like you to serve the citation certified mail to the Defendant, Sam's Club, LLC
and also send a citation back to us.  I will mail a self-addressed envelope today and pay the
appropriate fees for this additional service.

                                        Respectfully,

                                        Cade Bernsen

                                        Cade Bernsen

CB/mg

# Exhibit K

5/19/2021 9:17 A
Esther Degollad
District Cler
Webb Distri
Ricardo Rodrigue
2021CVA000694D2

**CITATION**

THE STATE OF TEXAS
COUNTY OF WEBB

COURT DATE: 7/1/2021 AT 11:00 AM

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:   SAM'S CLUB, LLC
      BY SERVING ARIF DEEN
      12406 ASHFORD HOLLOW
      SUGAR LAND TX  77476

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 111th District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2021CVA000694D2, styled:

PATRICIA CONTRERAS, PLAINTIFF
VS.
SAM'S CLUB, LLC, DEFENDANT

Said Plaintiff's Petition was filed on 04/14/2021 in said court by:
      CADE BERNSEN, ATTORNEY FOR PLAINTIFF
      420 MLK JR PARKWAY
      BEAUMONT TX  77701

**WITNESS ESTHER DEGOLLADO**, DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 23rd day of April, 2021.


C  L  E  R  K    O  F    C  O  U  R  T


ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
     Diana Vela

## AFFIDAVIT OF SERVICE

State of Texas                     County of Webb                     111th Judicial District Court

Case Number: 2021CVA000694D2

Plaintiff:
**Patricia Contreras**

vs.

Defendant:
**Sam's Club LLC**

For:
David Eric Bernsen
420 M L K Jr Parkway
Beaumont, TX 77701

Received by Zakon LLC on the 7th day of June, 2021 at 9:45 am to be served on **Registered Agent for Sam's East Inc. CT Corporation System, 1999 Bryan St., Ste.900, Dallas, TX 75201.**

I, Anthony Collins, being duly sworn, depose and say that on the **7th day of June, 2021 at 2:30 pm, I:**

Executed service by hand delivering a true copy of the **Citation, Copy of Plaintiff's Original Petition** to: **Aaliyah Wamsley ,** an authorized acceptance agent employed by **Registered Agent CT Corporation System, Inc.,** who is authorized to accept service of process for **Sam's East Inc. ,** at the address of: **1999 Bryan St., Ste.900, Dallas, TX 75201,** and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 10th day of June, 2021, by the affiant who is personally known to me.

_____
NOTARY PUBLIC

JON PEKAR
My Notary ID # 124424900
Expires January 11, 2023

Anthony Collins
PSC-357 Expires 12/31/2021

Zakon LLC
148 S. Dowlen
#668
Beaumont, TX 77707
(409) 790-6896

Our Job Serial Number: ONT-2021002839
Ref: Contreras/Sams

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t



# Exhibit L

## CAUSE NO. 2021CVA000694D2

| | | |
|---|---|---|
| PATRICIA CONTRERAS | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | WEBB COUNTY, TEXAS |
| SAM'S CLUB LLC | § | |
| Defendant. | § | 111TH DISTRICT COURT |

### RETURN OF SERVICE

"The following came to hand on 5/17/21,

CITATION, NOTICE OF CALENDAR CALL, PLAINTIFF'S ORIGINAL PETITION,

and was executed at 12406 Ashford Hollow Dr, Sugar Land, TX 77478 within the county of FORT BEND at 10:11 AM on Tue, May 18 2021, by delivering a true copy to the within named

SAM'S CLUB LLC C/O ARIF DEEN

in person, having first endorsed the date of delivery on same.

My name is A. BONITA JUAREZ, my date of birth is 7/XX/63, and my address is 2615 Sockeye Dr., Houston, TX 77045, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in HARRIS County, State of TX, on May 18, 2021.

A. BONITA JUAREZ
Certification Number: PSC11607
Certification Expiration: 8/31/22